# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

PRAVCO, INC. AND NEW JERSEY MANUFACTURERS INSURANCE COMPANY

        v.

WORKERS' COMPENSATION APPEAL BOARD (MARSHALL),

PETITION OF: EDWARD MARSHALL

: No. 26 EAL 2016
:
:
:
: Petition for Allowance of Appeal from
: the Order of the Commonwealth Court
:
:
:
:
:
:
:
:
:
:

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 15th day of June, 2016, the Petition for Allowance of Appeal is **DENIED**.